IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-cr-40034-SMY |
| | ) |
| KEDLY G. NEWLIN, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Kedly G. Newlin was sentenced on March 14, 2017, to 235 months' imprisonment for conspiracy to distribute methamphetamine (Count 1) and possession with intent to distribute methamphetamine (Count 2) (Docs. 92, 95). He is currently housed at Forrest City Low FCI, and his projected release date is January 20, 2032.

Now pending before the Court is Newlin's Motion for Compassionate Release pursuant to the First Step Act of 2018 (Doc. 153). The Government filed a response invoking the affirmative defense of failure to exhaust administrative remedies (Doc. 155).

Section 603 (b)(1) of the First Step Act permits the Court to reduce a term of imprisonment upon motion of either the Director of the Bureau of Prisons ("BOP") or a defendant for "extraordinary or compelling reasons" so long as the reduction is "consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(1)(A)(i). A defendant seeking compassionate release must first request that the BOP file a motion seeking the same. *Id*. If the BOP declines to file a motion, the defendant may file a motion on his own behalf, provided he has either exhausted administrative remedies or 30 days have elapsed since the warden at his institution received such a request, whichever is earliest. *Id*.

The exhaustion requirement in § 3582(c)(1)(A) is an affirmative defense that must be properly invoked by the Government.  *See Sanford v. United States*, 986 F.3d 779, 782 (7th Cir. 2021).

Here, the BOP has not received a request from Newlin seeking a reduction in sentence (Doc. 155).  As such, Newlin has not met his burden to establish exhaustion.  Defendant's Motion for Compassionate Relief (Doc. 153) is **DENIED without prejudice.**

**IT IS SO ORDERED.**

**DATED:  January 22, 2025**

**STACI M. YANDLE**
**United States District Judge**